# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA LARELLE BINGHAM, a California Corporation<br><br>Plaintiff,<br><br>v.<br><br>SONOMA COUNTY; SONOMA COUNTY SHERIFF'S DEPARTMENT; SHERIFF MARK ESSICK; DEPUTY AARON HUNT; AND DOES 1 through 20, inclusive<br><br>Defendants. | Case No.: 21-cv-06245-WHO<br><br>**ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO WRITTEN STIPULATION OF PARTIES UNDER FRCP 41.**<br><br>Courtroom: 2, 17th Floor<br>Judge:     The Honorable William H. Orrick. |

IT IS HEREBY ORDERED that pursuant to the written stipulation of the parties in this action, the above-entitled action and all defendants named in the complaint on file herein, are dismissed with prejudice under FRCP 41(a) (ii), with each side to bear its own costs and attorneys' fees.

Date:  Dec. 1  2021.

_____
Judge of the United States District Court